IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBE TO CERTIFICATE NUMBER NA125383,<br><br>　　　　　Plaintiffs,<br>v.<br><br>**WESTERN EXPRESS INC.,**<br><br>　　　　　Defendant. | CASE NO. 3:13-cv-00068<br><br>Judge Campbell<br>Magistrate Judge Knowles<br><br>JURY DEMAND |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Those Certain Underwriters at Lloyd's, London Who Subscribe to Certificate Number NA125383 voluntarily dismisses without prejudice all claims asserted in this action against defendant Western Express, Inc.

　　　　　Respectfully submitted,

　　　　　s/ J. Matthew Kroplin
　　　　　Kenneth M. Bryant
　　　　　J. Matthew Kroplin
　　　　　STITES & HARBISON, PLLC
　　　　　401 Commerce Street, Suite 800
　　　　　Nashville, TN  37219
　　　　　Office: (615) 782-2286 Fax: (615) 742-0711
　　　　　ken.bryant@stites.com
　　　　　matthew.kroplin@stites.com
　　　　　*Counsel for Plaintiff Certain Underwriters at*
　　　　　*Lloyd's, London Who Subscribe to Certificate Number*
　　　　　*NA125383*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2013, the foregoing was filed through the CM/ECF system and served electronically upon:

>Roland M. Lowell
>7135 Centennial Place
>Nashville, TN 37209
>(615) 259-9920
>rlowell@westernexp.com
>*Counsel for Defendant Western Express, Inc.*


>s/ J. Matthew Kroplin