IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON WHO SUBSCRIBE TO CERTIFICATE NUMBER NA125383 | ) ) ) NO. 3-13-0068 ) JUDGE CAMPBELL ) |
| v. | ) ) |
| WESTERN EXPRESS, INC. | ) |

ORDER

Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice (Docket No. 15). Accordingly, this action is DISMISSED without prejudice, and the Clerk is directed to close the file.

The pretrial conference set for August 4, 2014, and the jury trial set for August 12, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE