UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| THOSE CERTAIN UNDERWRITERS AT LLOYD'S, ET AL. | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:13-cv-68 |
| | ) | Judge Campbell |
| v. | ) ) ) | |
| WESTERN EXPRESS, INC. | ) ) | |
| Defendant . | ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on August 14, 2013.

KEITH THROCKMORTON, CLERK

s/ Leathelia Fernandez Allen
Deputy Clerk